## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF A UNITED STATES POSTAL SERVICE PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9505513008238192293362 | : : : : : : | Hon. Leda Dunn Wettre<br><br>**UNSEALING ORDER**<br><br>Mag. No. 18-8103 |
| IN THE MATTER OF THE SEARCH OF A UNITED STATES POSTAL SERVICE PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9505514104868195255052 | : : : : : : : | Mag. No. 18- 8104 |
| IN THE MATTER OF THE SEARCH OF A UNITED STATES POSTAL SERVICE PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9505514104868195255069 | : : : : : : | Mag. No. 18-8105 |

Upon the application of Craig Carpenito, United States Attorney for the District of New Jersey (Tracey Agnew, Assistant U.S. Attorney, appearing), for an order unsealing the above-captioned matters;

WHEREFORE, it is ordered that these matters be unsealed in their entirety.

Dated:  Newark, New Jersey
         September 14, 2018

*[signature]*

HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge
District of New Jersey